■ JOAN G. PADLO, Respondent, v MARGARET SPOOR, Defendant, THOMAS SPOOR, Appellant, and STANLEY A. LASKOWSKI, Respondent.—Order unanimously affirmed, with costs on the opinion at Special Term, Bayger, J. (See, also, *Plath v Justus,* 28 NY2d 16; *Winnick v Kupperman Constr. Co.,* 29 AD2d 261; Restatement Agency 2d, § 217, subd [b], par [ii].) (Appeal from order of Niagara Supreme Court—dismiss complaint.) Present—Cardamone, J. P., Hancock, Jr., Schnepp, Callahan and Witmer, JJ. [90 Misc 2d 1002.]

■ In the Matter of the Arbitration between MARK S. SHANDRAW, Respondent, and MERCHANTS MUTUAL INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with costs, on the opinion at Special Term, Marshall, J. (Appeal from order of Erie Supreme Court—arbitration.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ EILEEN C. WOLDMAN, Individually and as Executrix of MYRON L. WOLDMAN and as Administrator of the Estate of STEPHANIE WOLDMAN, Deceased, and as Parent and Natural Guardian of PETER R. WOLDMAN, an Infant, Respondent, v STATE OF NEW YORK, Appellant.—Judgment unanimously affirmed, with costs, on the opinion at the Court of Claims, Murray, J. (Appeal from judgment of Court of Claims—wrongful death—negligence.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.

■ In the Matter of ROCHESTER URBAN RENEWAL AGENCY, Appellant, v ALBERT L. ROTHMAN et al., Respondents.—Judgment unanimously affirmed, with costs, for the reasons stated in the decision at Trial Term, Livingston, J. (Appeal from judgment of Monroe Supreme Court—condemnation.) Present—Simons, J. P., Hancock, Jr., Callahan, Doerr and Moule, JJ.

■ LESLIE A. WALKER et al., Appellants, v CHARLES P. LAIOSA et al., Defendants, and LUTHER MILLER et al., Respondents. (Appeal No. 1.)—Order affirmed, with costs, on the memorandum decision at Special Term, Boomer, J. All concur; Schnepp, J., not participating. (Appeal from order of Monroe Supreme Court—dismiss complaint.) Present—Cardamone, J. P., Schnepp, Doerr, Witmer and Moule, JJ.

■ In the Matter of CHARLES A. HAYNIE, Respondent, v EDWARD J. MAHONEY et al., Constituting the Board of Elections of Erie County, Respondents, and WILLIAM L. MARCY, Appellant.—Order affirmed, without costs. (See *Matter of Pauly v Mahoney,* 49 AD2d 1014, mot for lv to app den 37 NY2d 711.) All concur, except Callahan, J., who dissents and votes to reverse and dismiss the petition in the following memorandum.

Callahan, J. (dissenting). I would affirm the ruling of the Board of Elections. Subdivision 4 of section 8-308 of the Election Law specifically requires that a write-in ballot must be cast in its appropriate place on the machine, or it shall be void and not counted. (Appeal from order of Erie Supreme Court—Election Law.) Present—Dillon, P. J., Hancock, Jr., Schnepp, Callahan and Doerr, JJ. (Decided Oct. 12, 1979.)

■ In the Matter of ANTHONY J. SCIOLINO, Respondent, v V. JAMES CHIAVAROLI et al., Constituting the Board of Elections of Monroe County, Appellants, and ROBERT C. BYRNES, Respondent.—Order affirmed, without costs. (See *Matter of Pauly v Mahoney,* 49 AD2d 1014, mot for lv to app den 37 NY2d 711.) All concur, except Callahan, J., who dissents and votes to reverse and dismiss the petition in the following memorandum.

Callahan, J. (dissenting). I would affirm the ruling of the Board of Elections. Subdivision 4 of section 8-308 of the Election Law specifically requires that a write-in ballot must be cast in its appropriate place on the machine, or it shall be void and not counted. (Appeal from order of Monroe